B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**District of Idaho** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Todd's Intertherm, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Todd's Heating and Cooling** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**82-0416773** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**200 E. 33rd Street**<br>**Garden City, ID**  ZIP Code **83714** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ada** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP Code | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11      ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10) — Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Todd's Intertherm, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　Signature of Attorney for Debtor(s)　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Todd's Intertherm, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Matthew T. Christensen**
Signature of Attorney for Debtor(s)

**Matthew T. Christensen 7213**
Printed Name of Attorney for Debtor(s)

**Angstman, Johnson & Associates, PLLC**
Firm Name

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**

_____
Address

**208-384-8588  Fax: 208-853-0117**
Telephone Number

**October  6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Murphy Sweet**
Signature of Authorized Individual

**Michael Murphy Sweet**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  6, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Idaho

In re   **Todd's Intertherm, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | **Business credit card** | | **9,105.75** |
| **Brad Thomas**<br>**8987 Shellie Lane**<br>**Boise, ID 83704** | **Brad Thomas**<br>**8987 Shellie Lane**<br>**Boise, ID 83704** | **Money loaned** | | **92,894.12** |
| **Chase Card Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | **Chase Card Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | **Business credit card** | **Contingent Disputed** | **24,934.06** |
| **Ferguson Enterprises, Inc.**<br>**c/o Meuleman Mollerup, LLP**<br>**755 W. Front Street Ste. 200**<br>**Boise, ID 83702** | **Ferguson Enterprises, Inc.**<br>**c/o Meuleman Mollerup, LLP**<br>**755 W. Front Street Ste. 200**<br>**Boise, ID 83702** | **Business debt** | **Unliquidated Disputed** | **17,010.89** |
| **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Business debt** | | **8,698.66** |
| **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Business debt** | **Unliquidated Disputed** | **24,715.38** |
| **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Business debt** | **Unliquidated Disputed** | **38,571.98** |
| **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | **Business debt** | | **28,792.50** |
| **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Business credit card** | | **15,066.33** |
| **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV 88901-6029** | **Business credit card** | | **18,829.84** |
| **IM Thrifty Supply**<br>**P.O. Box 4148**<br>**Bellevue, WA 98009** | **IM Thrifty Supply**<br>**P.O. Box 4148**<br>**Bellevue, WA 98009** | **Business debt** | | **17,086.64** |
| **Johnstone Supply Inc.**<br>**10943 W Executive Dr**<br>**Boise, ID 83713** | **Johnstone Supply Inc.**<br>**10943 W Executive Dr**<br>**Boise, ID 83713** | **Business debt** | | **17,767.64** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Todd's Intertherm, Inc.**                                         Case No.                                   

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Leaf Funding<br>P.O. Box 644006<br>Cincinnati, OH 45264-4006 | Leaf Funding<br>P.O. Box 644006<br>Cincinnati, OH 45264-4006 | Financing for equipment | | 27,581.40 |
| Sigler<br>P.O. Box 920<br>Tolleson, AZ 85353 | Sigler<br>P.O. Box 920<br>Tolleson, AZ 85353 | Owner of the debt owed to A & H Supply | | 296,397.29 |
| State Insurance Fund<br>P.O. Box 990002<br>Boise, ID 83799-0002 | State Insurance Fund<br>P.O. Box 990002<br>Boise, ID 83799-0002 | Workers Compensation Statement | | 15,410.00 |
| Sue A Cook Design<br>307 E. 37th Street<br>Garden City, ID 83714 | Sue A Cook Design<br>307 E. 37th Street<br>Garden City, ID 83714 | Business debt | | 7,877.59 |
| US Air Conditioning Dist<br>16900 Chestnut Street<br>City of Industry, CA 91748-1012 | US Air Conditioning Dist<br>16900 Chestnut Street<br>City of Industry, CA 91748-1012 | Business debt | | 9,797.23 |
| Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | Credit | | 110,458.55 |
| Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | Credit | | 24,544.09 |
| Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | Credit | | 18,979.67 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  6, 2010**                     Signature    **/s/ Michael Murphy Sweet**

                                                                    **Michael Murphy Sweet**<br>                                                                       **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com            Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### District of Idaho

In re    **Todd's Intertherm, Inc.**                            ,      Case No. _____

                                       Debtor

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 145,634.72 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 184,771.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 29,774.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 893,571.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 145,634.72 | | |
| Total Liabilities | | | | 1,108,117.83 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Idaho

In re    **Todd's Intertherm, Inc.**                                    ,            Case No. _____

                                              Debtor

                                                                         Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Todd's Intertherm, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **Todd's Intertherm, Inc.**                                                                                   ,          Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty cash** | - | 560.37 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mountain West Bank Checking Account #** | - | 0.00 |
| | | | **HRA Checking Account #** | - | 124.35 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Desks** | - | 500.00 |
| | | | **Computers** | - | 500.00 |
| | | | **Chairs** | - | 100.00 |
| | | | **Printers** | - | 200.00 |
| | | | **File cabinets** | - | 125.00 |
| | | | **Tables** | - | 100.00 |
| | | | **Shelves** | - | 50.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >                **2,259.72**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd's Intertherm, Inc.**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Todd's Intertherm, Inc. account receivables | - | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd's Intertherm, Inc.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer list** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Ford Econo Truck** | - | **11,700.00** |
| | | **2008 GMC Acadia** | - | **17,750.00** |
| | | **2008 Ford E250** | - | **8,725.00** |
| | | **2008 Ford E250** | - | **8,725.00** |
| | | **2008 Toyota Scion XB** | - | **8,450.00** |
| | | **2006 Toyota Scion XB** | - | **5,650.00** |
| | | **2008 Ford Truck Van** | - | **8,450.00** |
| | | **2008 Ford Truck Van** | - | **8,450.00** |
| | | **2010 Toyota Tundra** | - | **22,500.00** |
| | | **2006 Toyota Scion** | - | **5,650.00** |
| | | **2006 Toyota Scion** | - | **5,650.00** |

Sub-Total >        **111,700.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd's Intertherm, Inc.**                                          ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1997 Ford Areostar | - | 800.00 |
| | | 1999 Chevy AstroVan | - | 1,500.00 |
| | | 2001 GMC Sierra 3500 | - | 5,250.00 |
| | | 1997 GMC Savanna 3500 | - | 1,075.00 |
| | | 2001 GMC Box Van | - | 5,200.00 |
| | | 1987 GMC Box Van | - | 200.00 |
| | | 1988 Ford Box Van | - | 250.00 |
| | | 2000 Ford Box Van | - | 5,000.00 |
| | | 1985 GMC Box Van | - | 125.00 |
| | | 1987 GMC Box Van | - | 200.00 |
| | | 1989 Ford Pickup | - | 300.00 |
| | | 1999 Chevy Pickup | - | 3,500.00 |
| | | 1992 Dodge Caravan | - | 1,500.00 |
| | | 2005 Toyota Tundra | - | 6,000.00 |
| | | Homemade tandem trailer | - | 50.00 |
| | | C&B trailer | - | 200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Sheet metal bender | - | 200.00 |
| | | Brake | - | 50.00 |
| | | Shearer | - | 150.00 |
| | | Spot welder | - | 125.00 |
| 30. Inventory. | X | | | |

Sub-Total >        31,675.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd's Intertherm, Inc.**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 145,634.72 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Todd's Intertherm, Inc.** , Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **2386** <br><br> **Toyota Financial Services** <br> **P.O. Box 60114** <br> **City of Industry, CA 91716-0114** | X | - | | **Auto Loan** <br><br> **2008 Toyota Scion XB (original debt owed by Ron Brown)** | | | | | |
| | | | | Value $ **8,450.00** | | | | 5,713.89 | 0.00 |
| Account No. **Todd's Intertherm, Inc.** <br><br> **Toyota Financial Services** <br> **Attn: Business Solutions Gro** <br> **P.O. Box 9490** <br> **Cedar Rapids, IA 52409** | X | - | | **Auto Loans** <br><br> **Various company vehicles** | | | | | |
| | | | | Value $ **Unknown** | | | | 178,000.00 | Unknown |
| Account No. **9001** <br><br> **Wells Fargo Auto** <br> **P.O. Box 660217** <br> **Dallas, TX 75266-0217** | X | - | | **Auto Loan** <br><br> **2003 Ford F-150 (original debt owed by Frank Young)** | | | | | |
| | | | | Value $ **2,300.00** | | | | 1,058.07 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal <br> (Total of this page) | 184,771.96 | 0.00 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 184,771.96 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Todd's Intertherm, Inc.**                                                                    Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Todd's Intertherm, Inc.**                                    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Commissions** | | | | | |
| **Kevin Abbott** **4399 W Red Grass Court** **Meridian, ID 83646** | - | | | | X | X | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **0.00** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (4/10) - Cont.

In re **Todd's Intertherm, Inc.** ,       Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **6944** <br><br>**Idaho Sales and Use Tax Retu** <br>**P.O. Box 76** <br>**Boise, ID 83707** | - | | | **Sales & Use Tax** | | | | 5,400.00 | 0.00 | 5,400.00 |
| Account No. **6944** <br><br>**Idaho State Tax Commission** <br>**Bankruptcy Department** <br>**800 Park Blvd.** <br>**Boise, ID 83704** | - | | | **Income withholding** | | | | 7,057.00 | 0.00 | 7,057.00 |
| Account No. **82-0416773** <br><br>**IRS** <br>**Ogden, UT 84201-0039** | - | | | **Federal Employment Tax** | | | | 1,907.58 | 0.00 | 1,907.58 |
| Account No. **523058** <br><br>**State Insurance Fund** <br>**P.O. Box 990002** <br>**Boise, ID 83799-0002** | - | | | **Workers Compensation Statement** | | | | 15,410.00 | 0.00 | 15,410.00 |
| Account No. | | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 29,774.58 | 0.00<br>29,774.58 |
| Total<br>(Report on Summary of Schedules) | 29,774.58 | 0.00<br>29,774.58 |

B6F (Official Form 6F) (12/07)

In re  **Todd's Intertherm, Inc.**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **2000** | | | - | | Business debts | | | | |
| A & H Supply 300 N Sailfish Boise, ID 83704 | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **0000** | | | - | | Business debt | | | | |
| A & H Supply 300 N Sailfish Boise, ID 83704 | | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| Account No. **3905** | | | - | | Business debt | | | | |
| Allied Waste P.O. Box 78829 Phoenix, AZ 85062-8829 | | | | | | | | | |
| | | | | | | | | | 122.48 |
| Account No. **1003** | X | | - | | Business credit card | | | | |
| American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | | | | | |
| | | | | | | | | | 9,105.75 |
| | | | | | Subtotal (Total of this page) | | | | 9,228.23 |

__15__  continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    S/N:26391-100929    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd's Intertherm, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8001** | | | | Business debt | | | | |
| AT&T P.O. Box 29695 Omaha, NE 68103-2969 | | - | | | | | | 58.75 |
| Account No. **1989** | | | | Business debt | | | | |
| Baird Oil P.O. Box 400 Nampa, ID 83653 | X | - | | | | | | 2,085.43 |
| Account No. **Todd's Heating & Cooling** | | | | Business debt | | | | |
| Barton's Hitch & Trailer SVC 405 E. 37th Street Garden City, ID 83714 | X | - | | | | | | 351.34 |
| Account No. **1058** | | | | Business debt | | | | |
| Better Business Bureau 4355 Emerald, Ste. 290 Boise, ID 83706 | | - | | | | | | 520.00 |
| Account No. **1100** | | | | Business debt | | | | |
| Blueprints Plus 4082 Chinden Blvd Boise, ID 83706 | | - | | | | | | 13.50 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,029.02

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd's Intertherm, Inc._____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Todd's Heating** <br><br> **Boise City Blding Department** <br> **Planning and Development Svc** <br> **P.O. Box 500** <br> **Boise, ID 83701** | | - | | Business debt | | | | 621.96 |
| Account No. <br><br> **Brad Thomas** <br> **8987 Shellie Lane** <br> **Boise, ID 83704** | | - | | Money loaned | | | | 92,894.12 |
| Account No. 3460 <br><br> **Brady Industries, LLC** <br> **7055 Lindell Road** <br> **Las Vegas, NV 89118** | | - | | Business debt | | | | 38.52 |
| Account No. 2486 <br><br> **Capital One** <br> **P.O. Box 60599** <br> **City of Industry, CA 91716-0599** | X | - | | Business credit card | | | | 5,058.18 |
| Account No. <br><br> **Charlotte Fee/Larry Riggle** <br> **c/o Goicoechea Law** <br> **P.O. Box 6190** <br> **Boise, ID 83707** | | - | | Claim against company for personal injury | | X | X | 0.00 |

Sheet no. __2___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    98,612.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd's Intertherm, Inc.**                                    ,        Case No. _____
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8120** | | | Business credit card | | | | |
| Chase Card Services P.O. Box 94014 Palatine, IL 60094-4014 | X | - | | X | | X | 24,934.06 |
| Account No. **3190** | | | Business debt | | | | |
| Cintas Corporation P.O. Box 88005 Chicago, IL 60680-1005 | | - | | | | | 6,886.35 |
| Account No. **Todd's Heating** | | | Business debt | | | | |
| City of Meridian Building Services 33 E Broadway Avenue Meridian, ID 83642 | | - | | | | | 411.70 |
| Account No. **Todd's Heating** | | | Business debt | | | | |
| Clancy Milburn 17598 Lewis Lane Caldwell, ID 83607 | | - | | | | | 1,678.80 |
| Account No. **Todd's Heating** | | | Business debt | | | | |
| Comfort Institute 709 W. Orchard Dr #5 Bellingham, WA 98225 | | - | | | | | 1,627.68 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 35,538.59 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd's Intertherm, Inc.**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Todd's Heating** <br><br> **Consolidated Electrical Dist** <br> **12435 W Executive Dr** <br> **Boise, ID 83713** | - | | Business debt | | | | 880.69 |
| Account No. **Todd's Heating** <br><br> **Consolidated Supply** <br> **777 N Five Mile Rd** <br> **Boise, ID 83713** | - | | Business debt | | | | 314.96 |
| Account No. **Todd's Heating** <br><br> **Custom Printing** <br> **126 11th Ave North** <br> **Nampa, ID 83687** | - | | Business debt | | | | 174.90 |
| Account No. **6364** <br><br> **Dex Media West, LLC** <br> **P.O. Box 79167** <br> **Phoenix, AZ 85062-9467** | - | | Business debt | | | | 1,347.23 |
| Account No. **2447** <br><br> **Electrical Wholesale Supply** <br> **P.O. Box 51980** <br> **Idaho Falls, ID 83405-1980** | - | | Business debt | | | | 7,550.74 |

Sheet no. __4___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **10,268.52**

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd's Intertherm, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **TODHEA** <br><br> **EMI Filteration Products LLC** <br> **1950 S. Cole Road** <br> **Boise, ID 83709** | X | - | | Business debt | | | | 1,859.94 |
| Account No. **1201** <br><br> **Ervin Leasing Company** <br> **Dept 77228** <br> **P.O. Box 77000** <br> **Detroit, MI 48277-0228** | | - | | Business debt | | | | 415.36 |
| Account No. **1740** <br><br> **Ferguson Enterprises, Inc.** <br> **c/o Meuleman Mollerup, LLP** <br> **755 W. Front Street Ste. 200** <br> **Boise, ID 83702** | X | - | | Business debt | | X | X | 17,010.89 |
| Account No. **7901** <br><br> **Financial Pacific Leasing** <br> **Dept 354** <br> **P.O. Box 34955** <br> **Seattle, WA 98124-1935** | X | - | | Business debt | | | | 435.76 |
| Account No. **Todd's Heating** <br><br> **Garcon, Inc.** <br> **1380 E. Commercial, Ste. 101** <br> **Meridian, ID 83642-4077** | | - | | Business debt | | | | 4,871.58 |

Sheet no. _**5**___ of _**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    24,593.53

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd's Intertherm, Inc.** _____ ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Todd's Heating**<br><br>**Gas Products - Boise**<br>**11677 W. President Drive**<br>**Boise, ID 83713** | | - | | Business debt | | | | 847.27 |
| Account No. **7381**<br><br>**Gensco, Inc.**<br>**P.O. Box 2905**<br>**Tacoma, WA 98401-2905** | X | - | | Business debt | | | | 2,108.33 |
| Account No. **2210**<br><br>**Grover Electric & Plumbing**<br>**1900 NE 78th Street**<br>**Vancouver, WA 98665** | X | - | | Business debt | | | | 280.68 |
| Account No. **0012**<br><br>**Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | X | - | | Business debt | | X | X | 38,571.98 |
| Account No. **0134**<br><br>**Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** | X | - | | Business debt | | | | 28,792.50 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,600.76

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd's Intertherm, Inc.**                                  ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0133** | | | Business debt | | | | |
| Heating Supply Company 113 W 43rd St Garden City, ID 83714 | X | - | | | | | 8,698.66 |
| Account No. **0237** | | | Business debt | | | | |
| Heating Supply Company 113 W 43rd St Garden City, ID 83714 | X | - | | | X | X | 24,715.38 |
| Account No. **4357** | | | Business debt | | | | |
| Henderson Wheel & Supply 1825 S 300 West Salt Lake City, UT 84115 | X | - | | | | | 16.17 |
| Account No. **7750** | | | Business credit card | | | | |
| Home Depot Credit Services P.O. Box 6029 The Lakes, NV 88901-6029 | | - | | | | | 15,066.33 |
| Account No. **9309** | | | Business credit card | | | | |
| Home Depot Credit Services P.O. Box 6029 The Lakes, NV 88901-6029 | | - | | | | | 18,829.84 |

Sheet no. **7** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **67,326.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd's Intertherm, Inc.**                                   ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9951** <br><br> **Idaho Power** <br> **P.O. Box 34966** <br> **Seattle, WA 98124-1966** | - | | Business debt | | | | 345.56 |
| Account No. **5993** <br><br> **IM Thrifty Supply** <br> **P.O. Box 4148** <br> **Bellevue, WA 98009** | - | | Business debt | | | | 17,086.64 |
| Account No. **8885** <br><br> **Integra Telecom** <br> **P.O. Box 2966** <br> **Milwaukee, WI 53201-2966** | - | | Business debt | | | | 317.53 |
| Account No. **B111** <br><br> **Interstate All Battery Ctr** <br> **1800 W. Franklin Road** <br> **Meridian, ID 83642** | - | | Business debt | | | | 219.05 |
| Account No. **7125** <br><br> **Johnstone Supply Inc.** <br> **10943 W Executive Dr** <br> **Boise, ID 83713** | - | | Business debt | | | | 17,767.64 |

Sheet no. __**8**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,736.42

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd's Intertherm, Inc.** ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **974** | | | | Business debt | | | | |
| KC Tool Supply 5103 Irving Boise, ID 83706 | | - | | | | | | 497.14 |
| Account No. **0902** | | | | Financing for equipment | | | | |
| Leaf Funding P.O. Box 644006 Cincinnati, OH 45264-4006 | | - | | | | | | 27,581.40 |
| Account No. **6817** | | | | Business debt | | | | |
| Les Schwab Tire 6017 Fairview Avenue Boise, ID 83704 | X | - | | | | | | 1,743.56 |
| Account No. **9306** | | | | Business debt | | | | |
| Lowe's Business Account P.O. Box 530970 Atlanta, GA 30353-0970 | | - | | | | | | 4,888.90 |
| Account No. **Todd's Heating** | | | | Business debt | | | | |
| Mountain Alarm 11473 W Fairview Ave Boise, ID 83713 | | - | | | | | | 60.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          34,771.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd's Intertherm, Inc.**                                    ,           Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Todd's** | | | | Business debt | | | | |
| **Napa Auto Parts** P.O. Box 1425 Twin Falls, ID 83303-1425 | | - | | | | | | 641.06 |
| Account No. **15012** | | | | Business debt | | | | |
| **NORCO** PO Box 15299 Boise, ID 83715 | | - | | | | | | 1,708.33 |
| Account No. **Todd's Heating** | | | | Business debt | | | | |
| **NuLight Solutions** 1350 Dell Ave, Ste. 202 Campbell, CA 95008 | | - | | | | | | 3,720.00 |
| Account No. **Todd's Heating** | | | | Business debt | | | | |
| **Office Experts** 1849 N. Wildwood Street Boise, ID 83713 | | - | | | | | | 464.72 |
| Account No. **Todd's Heating** | | | | Business debt | | | | |
| **Old Fashion Printing** 4961 W Bradley St # B☐☐ Garden City, ID 83714 | | - | | | | | | 736.70 |

Sheet no. _**10**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,270.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd's Intertherm, Inc.** , Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **909** | | | | Business debt | | | | |
| Peak Broadcasting, LLC 827 E Park Blvd, Ste. 100 Boise, ID 83712 | | - | | | | | | 4,453.00 |
| Account No. **7861** | | | | Business debt | | | | |
| Pitney Bowes Global P.O. Box 371896 Pittsburgh, PA 15250-7896 | | - | | | | | | 68.90 |
| Account No. **1118** | | | | Business debt | | | | |
| Plumbing Parts & Supply 6127 W Franklin RD Boise, ID 83709 | | - | | | | | | 703.72 |
| Account No. **1932** | | | | Business debt | | | | |
| Purchase Power P.O. Box 371874 Pittsburgh, PA 15250-7874 | | - | | | | | | 115.08 |
| Account No. **1873** | | | | Business debt | | | | |
| Refrigeration Supplies Dist 26021 Atlantic Ocean Drive Lake Forest, CA 92630 | | - | | | | | | 1,966.83 |

Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,307.53**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd's Intertherm, Inc.**                                    ,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **545** <br><br> Robertson Supply, Inc. <br> P.O. Box 1366 <br> Nampa, ID 83653 | | - | | Business debt | | | | 5,794.14 |
| Account No. **1011** <br><br> Robertson Supply, Inc. <br> P.O. Box 1366 <br> Nampa, ID 83653 | | - | | Business debt | | | | 7,178.91 |
| Account No. <br><br> Ronald W. Brown <br> 3389 N 39th Street <br> Boise, ID 83703 | | - | | Possible claims against company | X | X | X | 0.00 |
| Account No. **Todd's Heating** <br><br> Sigler <br> P.O. Box 920 <br> Tolleson, AZ 85353 | | - | | Owner of the debt owed to A & H Supply | | | | 296,397.29 |
| Account No. **9094** <br><br> Sound Billing LLC <br> Jiffy Lube <br> P.O. Box 620130 <br> Middleton, WI 53562 | X | - | | Business debt | | | | 346.81 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        309,717.15

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd's Intertherm, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2086** | | | | Business debt | | | | |
| **Sprint** **P.O. Box 4181** **Carol Stream, IL 60197** | X | - | | | | | | 1,678.08 |
| Account No. **Todd's Heating** | | | | Business debt | | | | |
| **Sue A Cook Design** **307 E. 37th Street** **Garden City, ID 83714** | | - | | | | | | 7,877.59 |
| Account No. **Todd** | | | | Business debt | | | | |
| **T.V. Coffee** **11875 President Drive** **Boise, ID 83704** | | - | | | | | | 450.78 |
| Account No. **9922** | | | | Business debt | | | | |
| **Tates Rents** **PO Box 7338** **Boise, ID 83707** | | - | | | | | | 194.72 |
| Account No. **6400** | | | | Business debt | | | | |
| **Thermal Supply** **717 S. Lander St** **Seattle, WA 98134** | | - | | | | | | 5,004.86 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    15,206.03

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd's Intertherm, Inc.** , Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Todd's Heating**<br><br>TK Communications<br>P.O. Box 190809<br>Boise, ID 83715-0809 | | - | | Business debt | | | | 130.00 |
| Account No. **Todd's Heating**<br><br>United Security Systems, Inc<br>10 S. Latah, Ste. 207<br>Boise, ID 83705 | | - | | Business debt | | | | 195.00 |
| Account No. **4095**<br><br>US Air Conditioning Dist<br>16900 Chestnut Street<br>City of Industry, CA 91748-1012 | | - | | Business debt | | | | 9,797.23 |
| Account No. **Todd's Heating**<br><br>Webmajik<br>1300 W Victory Rd<br>Meridian, ID 83642 | | - | | Business debt | | | | 180.00 |
| Account No. **1955**<br><br>Wells Fargo<br>3295 Elder St., Ste. 340<br>Boise, ID 83705 | X | - | | Credit | | | | 110,458.55 |

Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        120,760.78

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd's Intertherm, Inc.** ,                         Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4882** | | | | **Credit** | | | | |
| **Wells Fargo**<br>**3295 Elder St., Ste. 340**<br>**Boise, ID 83705** | X | - | | | | | | 24,544.09 |
| Account No. **2117** | | | | **Credit** | | | | |
| **Wells Fargo**<br>**3295 Elder St., Ste. 340**<br>**Boise, ID 83705** | X | - | | | | | | 18,979.67 |
| Account No. **Todd's Heating** | | | | **Business debt** | | | | |
| **Wright Stuff Radio, LLC**<br>**865 W. Taylor Ave**<br>**Meridian, ID 83642** | | - | | | | | | 80.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **43,603.76**

Total
(Report on Summary of Schedules) **893,571.29**

B6G (Official Form 6G) (12/07)

.

In re  **Todd's Intertherm, Inc.**                                                              Case No. _____
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Arlen Van Vuuren**<br>**1760 West Summercove Ct**<br>**Meridian, ID 83646** | **Employment contract** |
| **Brad Thomas**<br>**8987 Shellie Lane**<br>**Boise, ID 83704** | **Employment contract** |
| **Direct Capital**<br>**155 Commerce Way** | **Lease for various equipment (Debtor is lessee)** |
| **Ervin Leasing Company**<br>**P.O. Box 1689**<br>**Ann Arbor, MI 48106-1689** | **Lease for Atticcat Business SY (Debtor is lessee)** |
| **First Data Global Leasing**<br>**P.O. Box 407092**<br>**Fort Lauderdale, FL 33340** | **Lease for various business equipment (Debtor is lessee)** |
| **Gary Cabe**<br>**2279 N. Highwater Pl**<br>**Boise, ID 83713** | **Employment contract** |
| **Kevin Abbott**<br>**4399 W Red Grass Court**<br>**Meridian, ID 83646** | **Employment contract** |
| **Northern Leasing Systems Inc**<br>**132 West 31st Street**<br>**New York, NY 10001** | **Lease of equipment Omni VX 570 (Debtor is lessee)** |
| **Richard Seidlitz**<br>**949 N. Snead Place**<br>**Eagle, ID 83616** | **Employment contract** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Employment contract** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Lease for office space (Debtor is lessee)** |
| **Sean Peltier**<br>**12177 Deerflat Road**<br>**Nampa, ID 83686** | **Employment contract** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Todd's Intertherm, Inc.** _____ ,     Case No. _____
                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Stacy Ware**<br>**5414 Noble Fir Avenue**<br>**Boise, ID 83713** | **Employment contract** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Todd's Intertherm, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Frank Young**<br>**310 N Garden**<br>**Boise, ID 83706** | **Wells Fargo Auto**<br>**P.O. Box 660217**<br>**Dallas, TX 75266-0217** |
| **Frank Young**<br>**310 N Garden**<br>**Boise, ID 83706** | **Ferguson Enterprises, Inc.**<br>**c/o Meuleman Mollerup, LLP**<br>**755 W. Front Street Ste. 200**<br>**Boise, ID 83702** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Ferguson Enterprises, Inc.**<br>**c/o Meuleman Mollerup, LLP**<br>**755 W. Front Street Ste. 200**<br>**Boise, ID 83702** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Baird Oil**<br>**P.O. Box 400**<br>**Nampa, ID 83653** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Barton's Hitch & Trailer SVC**<br>**405 E. 37th Street**<br>**Garden City, ID 83714** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **EMI Filteration Products LLC**<br>**1950 S. Cole Road**<br>**Boise, ID 83709** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Financial Pacific Leasing**<br>**Dept 354**<br>**P.O. Box 34955**<br>**Seattle, WA 98124-1935** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Gensco, Inc.**<br>**P.O. Box 2905**<br>**Tacoma, WA 98401-2905** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Grover Electric & Plumbing**<br>**1900 NE 78th Street**<br>**Vancouver, WA 98665** |

**3**

____ continuation sheets attached to Schedule of Codebtors

In re   **Todd's Intertherm, Inc.**                                                                          ,   Case No. _____

                                                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Henderson Wheel & Supply**<br>**1825 S 300 West**<br>**Salt Lake City, UT 84115** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Les Schwab Tire**<br>**6017 Fairview Avenue**<br>**Boise, ID 83704** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Sound Billing LLC**<br>**Jiffy Lube**<br>**P.O. Box 620130**<br>**Middleton, WI 53562** |
| **Jennifer Ammerman**<br>**5602 Millrun**<br>**Garden City, ID 83714** | **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Ferguson Enterprises, Inc.**<br>**c/o Meuleman Mollerup, LLP**<br>**755 W. Front Street Ste. 200**<br>**Boise, ID 83702** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Baird Oil**<br>**P.O. Box 400**<br>**Nampa, ID 83653** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Barton's Hitch & Trailer SVC**<br>**405 E. 37th Street**<br>**Garden City, ID 83714** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **EMI Filteration Products LLC**<br>**1950 S. Cole Road**<br>**Boise, ID 83709** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Financial Pacific Leasing**<br>**Dept 354**<br>**P.O. Box 34955**<br>**Seattle, WA 98124-1935** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Gensco, Inc.**<br>**P.O. Box 2905**<br>**Tacoma, WA 98401-2905** |

Sheet ___**1**___ of ___**3**___ continuation sheets attached to the Schedule of Codebtors

In re    **Todd's Intertherm, Inc.**                                                     ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Grover Electric & Plumbing**<br>**1900 NE 78th Street**<br>**Vancouver, WA 98665** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Henderson Wheel & Supply**<br>**1825 S 300 West**<br>**Salt Lake City, UT 84115** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Les Schwab Tire**<br>**6017 Fairview Avenue**<br>**Boise, ID 83704** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Sound Billing LLC**<br>**Jiffy Lube**<br>**P.O. Box 620130**<br>**Middleton, WI 53562** |
| **Michael Murphy Sweet**<br>**5600 Millrun**<br>**Garden City, ID 83714** | **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Toyota Financial Services**<br>**P.O. Box 60114**<br>**City of Industry, CA 91716-0114** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Toyota Financial Services**<br>**Attn: Business Solutions Gro**<br>**P.O. Box 9490**<br>**Cedar Rapids, IA 52409** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Wells Fargo**<br>**3295 Elder St., Ste. 340**<br>**Boise, ID 83705** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Wells Fargo**<br>**3295 Elder St., Ste. 340**<br>**Boise, ID 83705** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Wells Fargo**<br>**3295 Elder St., Ste. 340**<br>**Boise, ID 83705** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Capital One**<br>**P.O. Box 60599**<br>**City of Industry, CA 91716-0599** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Chase Card Services**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re   **Todd's Intertherm, Inc.**                                ,   Case No. _____
                          Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **Heating Supply Company**<br>**113 W 43rd St**<br>**Garden City, ID 83714** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Idaho

In re **Todd's Intertherm, Inc.**

Debtor(s)

Case No.

Chapter **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October  6, 2010**

Signature   **/s/ Michael Murphy Sweet**

**Michael Murphy Sweet**
**President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Idaho

In re  **Todd's Intertherm, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,710,132.64** | **2010 - YTD income from operating Todds Heating and Cooling** |
| **$2,285,214.00** | **2009 income from operating Todds Heating and Cooling** |
| **$1,924,544.00** | **2008 income from operating Todds Heating and Cooling** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

### 3. Payments to creditors

None
■     ***Complete a. or b., as appropriate, and c.***

     a.    *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
□     b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **A & H Supply<br>455 Benjamin Lane<br>Boise, ID 83704** | **July 13, 27; August 5, 26;<br>September 1, 9, 13, 15, 20,<br>21 and 24** | **$46,284.78** | **$296,397.29** |
| **Heating Supply Company<br>113 W 43rd St<br>Garden City, ID 83714** | **July 20; Aug 5, 26; Sept 13,<br>16, 17, 23 and 28** | **$15,425.47** | **$100,778.52** |

None
■     c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
□     a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Charlotte Fee, et al. vs. Todd's Intertherm, Inc.,<br>Case No. CV-PI-2009-17450** | **Civil** | **In the Fourth Judicial District of the<br>State of Idaho in and for the County of<br>Ada** | **Pending** |
| **Ferguson Enterprises, Inc. v. Todd's Intertherm,<br>Inc., et al., Case No. CV OC 1018856** | **Civil** | **In the Fourth Judicial District of the<br>State of Idaho in and for the County of<br>Ada** | **Pending** |

None
■     b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

**None**
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

**None**
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

**None**
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

**None**
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Angstman, Johnson & Associates, PLLC**<br>**3649 N. Lakeharbor Lane**<br>**Boise, ID 83703** | **9/29/2010; 10/6/2010** | **$14,512.50** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo**<br>**BOX 29704**<br>**Phoenix, AZ 85038** | **Checking account - zero balance** | **December 2010** |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Ronald W. Brown**<br>**3389 N 39th Street**<br>**Boise, ID 83703** | **2008 Toyota Scion XB $8500** | **200 E. 33rd St, Garden City, Idaho 83714** |
| **Frank Young**<br>**310 N Garden**<br>**Boise, ID 83706** | **2003 Ford F-150 $2300** | **200 E. 33rd St, Garden City, Idaho 83714** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Patricia Brown (now deceased)** | **1985 - Nov. 2008** |
| **Nancy Schmeir** | **Nov. 2008 - Dec 2008** |
| **Kerri Shold** | **Jan 1, 2009 - Feb 28, 2009** |
| **Jennifer Ammerman** | **March 1, 2009 - present** |
| **Mark Mosher** | **specific dates unknown - but over a 5 year period** |
| **Wilson Harris & Co**<br>**1602 W. Franklin Street**<br>**Boise, ID 83702** | **2005-2010** |

7

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS
**Wilson Harris & Co.**                                      **1602 W. Franklin Street**
                                                             **Boise, ID 83702**

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED
**Wells Fargo**                                              **2009 and Sept. 2010**
**3295 Elder St., Ste. 340**
**Boise, ID 83705**

**Idaho Independent Bank**                                   **2009**
**317 N 9th St**
**Boise, ID 83702**

---

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                            NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                             RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE                           NATURE AND PERCENTAGE
                                                           OF STOCK OWNERSHIP
**Michael Murphysweet**     **President**                  **50% shareholder**
**5600 Mill Run Avenue**
**Garden City, ID 83714**

**Jennifer Ammerman**       **Secretary/Treasurer**        **50% shareholder**
**5602 Mill Run Avenue**
**Garden City, ID 83714**

8

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                          ADDRESS                                          DATE OF WITHDRAWAL

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                          DATE OF TERMINATION
**Ronald W. Brown**                          **President**                  **March 2010**
**3389 N 39th Street**
**Boise, ID 83703**

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)


**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date    **October  6, 2010**                          Signature    **/s/ Michael Murphy Sweet**
                                                                  **Michael Murphy Sweet**
                                                                  **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Idaho

In re    **Todd's Intertherm, Inc.**

_____,
Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jennifer Ammerman**<br>**5602 Millrun Avenue**<br>**Garden City, ID 83714** | | | **50% shareholder** |
| **Michael MurphySweet**<br>**5600 Millrun Avenue**<br>**Garden City, ID 83714** | | | **50% Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**October  6, 2010**_____    Signature _**/s/ Michael Murphy Sweet**_____

**Michael Murphy Sweet**
**President**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Idaho

In re   **Todd's Intertherm, Inc.**                                                          Case No.

                                            Debtor(s)          Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October  6, 2010**                         **/s/ Michael Murphy Sweet**

                                                    **Michael Murphy Sweet**/**President**
                                                    Signer/Title

A   H Supply
300 N Sailfish
Boise, ID 83704


Allied Waste
P.O. Box 78829
Phoenix, AZ 85062-8829


American Express
Box 0001
Los Angeles, CA 90096-8000


Arlen Van Vuuren
1760 West Summercove Ct
Meridian, ID 83646


AT T
P.O. Box 29695
Omaha, NE 68103-2969


Baird Oil
P.O. Box 400
Nampa, ID 83653


Barton's Hitch   Trailer SVC
405 E. 37th Street
Garden City, ID 83714


Better Business Bureau
4355 Emerald, Ste. 290
Boise, ID 83706


Blueprints Plus
4082 Chinden Blvd
Boise, ID 83706

```
Boise City Blding Department
Planning and Development Svc
P.O. Box 500
Boise, ID 83701


Brad Thomas
8987 Shellie Lane
Boise, ID 83704


Brady Industries, LLC
7055 Lindell Road
Las Vegas, NV 89118


Capital One
P.O. Box 60599
City of Industry, CA 91716-0599


Charlotte Fee/Larry Riggle
c/o Goicoechea Law
P.O. Box 6190
Boise, ID 83707


Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Cintas Corporation
P.O. Box 88005
Chicago, IL 60680-1005


City of Meridian
Building Services
33 E Broadway Avenue
Meridian, ID 83642


Clancy Milburn
17598 Lewis Lane
Caldwell, ID 83607
```

Comfort Institute
709 W. Orchard Dr #5
Bellingham, WA 98225


Consolidated Electrical Dist
12435 W Executive Dr
Boise, ID 83713


Consolidated Supply
777 N Five Mile Rd
Boise, ID 83713


Custom Printing
126 11th Ave North
Nampa, ID 83687


Dex Media West, LLC
P.O. Box 79167
Phoenix, AZ 85062-9467


Direct Capital
155 Commerce Way


Electrical Wholesale Supply
P.O. Box 51980
Idaho Falls, ID 83405-1980


EMI Filteration Products LLC
1950 S. Cole Road
Boise, ID 83709


Ervin Leasing Company
Dept 77228
P.O. Box 77000
Detroit, MI 48277-0228

Ervin Leasing Company
P.O. Box 1689
Ann Arbor, MI 48106-1689


Ferguson Enterprises, Inc.
c/o Meuleman Mollerup, LLP
755 W. Front Street Ste. 200
Boise, ID 83702


Financial Pacific Leasing
Dept 354
P.O. Box 34955
Seattle, WA 98124-1935


First Data Global Leasing
P.O. Box 407092
Fort Lauderdale, FL 33340


Frank Young
310 N Garden
Boise, ID 83706


Garcon, Inc.
1380 E. Commercial, Ste. 101
Meridian, ID 83642-4077


Gary Cabe
2279 N. Highwater Pl
Boise, ID 83713


Gas Products - Boise
11677 W. President Drive
Boise, ID 83713


Gensco, Inc.
P.O. Box 2905
Tacoma, WA 98401-2905

Grover Electric   Plumbing
1900 NE 78th Street
Vancouver, WA 98665


Heating Supply Company
113 W 43rd St
Garden City, ID 83714


Henderson Wheel   Supply
1825 S 300 West
Salt Lake City, UT 84115


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901-6029


Idaho Power
P.O. Box 34966
Seattle, WA 98124-1966


Idaho Sales and Use Tax Retu
P.O. Box 76
Boise, ID 83707


Idaho State Tax Commission
Bankruptcy Department
800 Park Blvd.
Boise, ID 83704


IM Thrifty Supply
P.O. Box 4148
Bellevue, WA 98009


Integra Telecom
P.O. Box 2966
Milwaukee, WI 53201-2966

Interstate All Battery Ctr
1800 W. Franklin Road
Meridian, ID 83642


IRS
Ogden, UT 84201-0039


Jennifer Ammerman
5602 Millrun
Garden City, ID 83714


Johnstone Supply Inc.
10943 W Executive Dr
Boise, ID 83713


KC Tool Supply
5103 Irving
Boise, ID 83706


Kevin Abbott
4399 W Red Grass Court
Meridian, ID 83646


Leaf Funding
P.O. Box 644006
Cincinnati, OH 45264-4006


Les Schwab Tire
6017 Fairview Avenue
Boise, ID 83704


Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970

Michael Murphy Sweet
5600 Millrun
Garden City, ID 83714


Mountain Alarm
11473 W Fairview Ave
Boise, ID 83713


Napa Auto Parts
P.O. Box 1425
Twin Falls, ID 83303-1425


NORCO
PO Box 15299
Boise, ID 83715


Northern Leasing Systems Inc
132 West 31st Street
New York, NY 10001


NuLight Solutions
1350 Dell Ave, Ste. 202
Campbell, CA 95008


Office Experts
1849 N. Wildwood Street
Boise, ID 83713


Old Fashion Printing
4961 W Bradley St # B☐☐
Garden City, ID 83714


Peak Broadcasting, LLC
827 E Park Blvd, Ste. 100
Boise, ID 83712

Pitney Bowes Global
P.O. Box 371896
Pittsburgh, PA 15250-7896


Plumbing Parts  Supply
6127 W Franklin RD
Boise, ID 83709


Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874


Refrigeration Supplies Dist
26021 Atlantic Ocean Drive
Lake Forest, CA 92630


Richard Seidlitz
949 N. Snead Place
Eagle, ID 83616


Robertson Supply, Inc.
P.O. Box 1366
Nampa, ID 83653


Ronald W. Brown
3389 N 39th Street
Boise, ID 83703


Sean Peltier
12177 Deerflat Road
Nampa, ID 83686


Sigler
P.O. Box 920
Tolleson, AZ 85353

Sound Billing LLC
Jiffy Lube
P.O. Box 620130
Middleton, WI 53562


Sprint
P.O. Box 4181
Carol Stream, IL 60197


Stacy Ware
5414 Noble Fir Avenue
Boise, ID 83713


State Insurance Fund
P.O. Box 990002
Boise, ID 83799-0002


Sue A Cook Design
307 E. 37th Street
Garden City, ID 83714


T.V. Coffee
11875 President Drive
Boise, ID 83704


Tates Rents
PO Box 7338
Boise, ID 83707


Thermal Supply
717 S. Lander St
Seattle, WA 98134


TK Communications
P.O. Box 190809
Boise, ID 83715-0809

Toyota Financial Services
P.O. Box 60114
City of Industry, CA 91716-0114


Toyota Financial Services
Attn: Business Solutions Gro
P.O. Box 9490
Cedar Rapids, IA 52409


United Security Systems, Inc
10 S. Latah, Ste. 207
Boise, ID 83705


US Air Conditioning Dist
16900 Chestnut Street
City of Industry, CA 91748-1012


Webmajik
1300 W Victory Rd
Meridian, ID 83642


Wells Fargo
3295 Elder St., Ste. 340
Boise, ID 83705


Wells Fargo Auto
P.O. Box 660217
Dallas, TX 75266-0217


Wright Stuff Radio, LLC
865 W. Taylor Ave
Meridian, ID 83642

# United States Bankruptcy Court
## District of Idaho

In re  **Todd's Intertherm, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Todd's Intertherm, Inc.**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  6, 2010** _____

Date

**/s/ Matthew T. Christensen** _____

**Matthew T. Christensen 7213**

Signature of Attorney or Litigant

Counsel for    **Todd's Intertherm, Inc.** _____

**Angstman, Johnson & Associates, PLLC**

**3649 N. Lakeharbor Lane**
**Boise, ID 83703**
**208-384-8588 Fax:208-853-0117**